IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        v.<br><br>ANITA E. MARTINEZ,<br><br>    Defendant and Judgment Debtor.<br><br>CESAR CHAVEZ FOUNDATION,<br><br>    Garnishee. | CASE NO.  1:15-mc-00033-GSA<br><br>**ORDER TERMINATING WRIT OF GARNISHMENT [WAGES]**<br><br>CRIMINAL CASE NO.  1:06CR00091-OWW |

   The Court, having reviewed the court files and the United States' Request to Terminate Writ of Garnishment [Wages], and finding good cause therefrom, hereby GRANTS the Request. Accordingly, it is ORDERED that the Writ of Garnishment previously issued on June 11, 2015 against Anita E. Martinez is hereby TERMINATED pursuant to 28 U.S.C. § 3205(c)(10)(C). The Clerk of Court shall CLOSE this case.

IT IS SO ORDERED.

   Dated:   **January 12, 2022**                    **/s/ Gary S. Austin**
                                                                           UNITED STATES MAGISTRATE JUDGE